**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-1768**

---

DETRA HUDSON-GARDNER,

Plaintiff - Appellant,

versus

THE DEPARTMENT OF HIGHWAYS AND PUBLIC TRANS-
PORTATION; ORANGEBURG CALHOUN CORRECTIONAL
FACILITY; B. J. HILL; A. L. STACK; THOMAS I.
HAIGLER,

Defendants - Appellees,

and

ORANGEBURG CALHOUN REGIONAL HOSPITAL,

Defendant.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Patrick Michael Duffy, District
Judge.  (CA-94-641-3-23)

---

Submitted:  December 12, 1996      Decided:  December 23, 1996

---

Before MURNAGHAN, NIEMEYER, and LUTTIG, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Detra Hudson-Gardner, Appellant Pro Se.  Isaac McDuffie Stone III,
LEWIS, REEVES & STONE, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Appellant appeals the district court's judgment, pursuant to a jury verdict, that she recover nothing in her 42 U.S.C. § 1983 (1994) action. The record does not contain a transcript of the trial. Appellant has the burden of including in the record on appeal a transcript of all parts of the proceedings material to the issues raised on appeal. Fed. R. App. P. 10(b)(2); 4th Cir. Local R. 10(c). Appellants proceeding on appeal in forma pauperis are entitled to transcripts at government expense only in certain circumstances. 28 U.S.C. § 753(f) (1994). By failing to produce a transcript or to qualify for the production of a transcript at government expense, Appellant has waived review of the issues on appeal which depend upon the transcript to show error. Powell v. Estelle, 959 F.2d 22, 26 (5th Cir.), cert. denied, 506 U.S. 1025 (1992); Keller v. Prince George's Co., 827 F.2d 952, 954 n.1 (4th Cir. 1987). We have reviewed the record before the court and find no reversible error. We therefore affirm the district court's order entering judgment for Appellees. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3